IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS MARTIN, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-18-95-D |
| STATE OF OKLAHOMA, *et al.*, | ) |
| Respondents. | ) |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin, recommending the denial of Petitioner's application for leave to proceed *in forma pauperis* (IFP) and dismissal of the action unless Petitioner pays the $5.00 filing fee within 20 days of an order requiring payment. Petitioner has not filed a timely objection but, instead, has provided notice [Doc. No. 9] of his intention to pay the filing fee. Therefore, Petitioner has waived any objection.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 8] is ADOPTED, and Petitioner's IFP Application [Doc. No. 7] is DENIED.

IT IS FURTHER ORDERED that Petitioner shall pay the full $5.00 filing fee for this action, or show cause for nonpayment, within 20 days from the date of this Order.

IT IS SO ORDERED this 12th day of March, 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE